UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAYANA ORANGELA MANTILLA
MORA,

      Plaintiff,

v.

KEVIN RAYCRAFT, et al.,

      Defendants.

_____/

Case No. 1:25-cv-1683

HONORABLE PAUL L. MALONEY

## ORDER DISMISSING MOTION TO ENFORCE JUDGMENT AS MOOT

On December 17, 2025, an opinion and order issued conditionally granting Petitioner's § 2241 petition and directing Respondents to provide Petitioner with a bond hearing or, in the alternative, release her (ECF Nos. 8 and 9).  The government filed a status report on December 22, 2025, stating Respondents provided Petitioner with a bond hearing on December 19, 2025, where bond was granted.  Currently pending before the Court is Petitioner's motion for enforcement of judgment, wherein she states that, as of December 22, 2025, she has not been released (ECF No. 14).  On January 2, 2026, the government filed a second status report that states Petitioner was released on December 29, 2025 (ECF No. 15).  Accordingly,

**IT IS HEREBY ORDERED** that the motion for enforcement of judgment (ECF No. 14) is DISMISSED AS MOOT.

Dated:  January 5, 2026

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge